UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION AND APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS,, AND
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK.,

Plaintiff(s), Petitioner(s)

INDEX NO.: 08 CIV. 5555

DATE OF FILING: June 19, 2008

YOUR FILE: 26532.3131

**AFFIDAVIT OF SERVICE**

against

PALERMO-TOO CONSTRUCTION, INC., et al.,

Defendant(s), Respondent(s)

STATE OF NEW YORK: COUNTY OF WESTCHESTER: ss:

RICHARD LONGO being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Yorktown Heights, NY.

That on July 1, 2008 at 8:45 AM at 245 Old Tarrytown Road, White Plains, NY 10605, deponent served the within Summons in a Civil Case, Complaint, Judge's Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing on MAGGIE GUASTELLA, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy of each to MAGGIE GUASTELLA personally; deponent knew said person so served to be the person described as said recipient therein.

Deponent describes the individual served as follows:
Sex: **Female** Skin: **Caucasian** Hair: **Brown** Age(Approx): **65** Height(Approx): **5' 1"** Weight(Approx): **120-130 lbs**
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on 7-3-08

RICHARD LONGO

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2009

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com