07/06/2008  15:02    8454730712                                                                    PAGE  02/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDEX NO.: 08 CIV. 5555

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT,       DATE OF FILING: June 19, 2008
WELFARE, LABOR MANAGEMENT COALITION AND
APPRENTICE TRAINING AND JOURNEYMEN              YOUR FILE: 26532.3131
UPGRADING FUNDS,, AND BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL 5 NEW YORK.,
                    Plaintiff(s), Petitioner(s)            AFFIDAVIT OF SERVICE

        against

PALERMO-TOO CONSTRUCTION, INC., et al.,
                    Defendant(s), Respondent(s)

---

STATE OF NEW YORK: COUNTY OF WESTCHESTER:  ss:

RICHARD LONGO being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age
and resides in Yorktown Heights, NY.

That on **July 1, 2008** at 8:45 AM at **245 Old Tarrytown Road, White Plains, NY 10605**, deponent served the within
**Summons in a Civil Case, Complaint, Judge's Individual Rules, USDC/SDNY Instructions for Filing an Electronic
Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing** on
**SALVATORE GUASTELLA**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy of each to **MAGGIE GUASTELLA**, Mother, a person of suitable age and discretion. That
person was also asked by deponent whether said premises was the recipient's dwelling place and their reply was affirmative.

Deponent also enclosed a copy of same in a postpaid sealed envelope, properly addressed to recipient at recipient's last
known residence at **245 Old Tarrytown Road, White Plains, NY 10605** and deposited said envelope in an official
depository under the exclusive care and custody of the United States Postal Service within State of New York on **07/02/08**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as
follows:
Sex: **Female** Skin: **Caucasian** Hair: **Brown** Age(Approx): **65** Height(Approx): **5' 1"** Weight(Approx): **120-130 lbs**
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a
negative reply.

Sworn to before me on  7-3-08


_____                          _____
ELLEN EAKLEY                                      RICHARD LONGO
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2019

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com