Index # 08 civ. 5555
Purchased/Filed: June 19, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Trustees of the Bricklayers and Allied Craftworkers, Local 5 New York Retirement; et al     Plaintiff

against

Palermo-Too Construction, Inc.; et al     Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White
Hair color: Brown Other:
Approx. Age: 45 Yrs.

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on June 25, 2008, at 1:55 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case & Complaint, Judge's Indiv. Rules and Electronic Filing Rules and Instructions on Palermo-Too Construction, Inc., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
25th day of June, 2008

*Faith Cozzy*
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*Robin Brandow*
Robin Brandow

Invoice•Work Order # 0812060