UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFWORKERS, LOCAL 5 NEW YORK RETIREMENT,
WELFARE, LABOR MANAGEMENT COALITION and
APPRENTICE TRAINING AND JOURNEYMEN
UPGRADING FUNDS, and BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL 5 NEW YORK,

**FRCP 7.1 STATEMENT**

08-CIV-5555

                              Plaintiffs,

          v.

PALERMO-TOO CONSTRUCTION, INC.,
SALVATORE GUASTELLA, Individually, and
MAGGIE GUASTELLA, Individually,

                              Defendants.
-------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel for defendant, Palermo-Too Construction, Inc. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

                                       McCARTHY FINGAR  LLP

                                       By: _____
                                         Robert H. Rosh (RR6101)
                                       Attorneys for Defendant
                                       11 Martine Avenue
                                       White Plains, New York 10606
                                       Tel. No. (914) 946-3700

Dated: White Plains, New York
         July 15, 2008

{00076087.DOC.}

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT
WELFARE, LABOR MANAGEMENT COALITION and
APPRENTICE TRAINING AND JOURNEYMEN UPGRADING
FUNDS, and BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL 5 NEW YORK,
  Plaintiffs,
  v.
PALERMO-TOO CONSTRUCTION, INC.,
SALVATORE GUASTELLA, Individually and
MAGGIE GUASTELLA, Individually,

**APPEARANCE**

Case Number:   08 CIV. 5555

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   defendant, Palermo-Too Construction, Inc.

I certify that I am admitted to practice in this court.

JULY 11, 2008
Date

McCarthy Fingar, LLP
*(signature)*
Signature

Robert H. Rosh
Print Name                                    Bar Number

11 Martine Ave, Fl. 12
Address

White Plains, NY    10606
City           State        Zip Code

914-946-3700                 914-946-0134
Phone Number                 Fax Number