

# McCarthy Fingar LLP

11 Martine Avenue, 12th Floor
White Plains, NY 10606-1934
Phone : 914-946-3700  Fax : 914-946-0134
E-mail : info@mccarthyfingar.com
Web :  www.mccarthyfingar.com



JUL 1 6 2008

July 15, 2008

**VIA HAND DELIVERY**

Hon. Stephen C. Robinson
United States District Court Judge
United States District Court
Southern District of New York
300 Quarroppas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

      Re:  The Annuity Pension, Welfare and Apprenticeship Skill Improv.,
           Local 137 v. Palermo-Too Construction, Inc.
           Case No.:  08 Civ. 5555

Dear Judge Robinson:

    This firm has appeared herein for the defendants.  Pursuant to Federal Rule Civil Procedure 6(b) and the local rules of this Court, we respectfully request that defendants' time to plead herein be in accordance with the enclosed stipulation signed by counsel for all parties, extended from July 21, 2008 to August 11, 2008.  No prior application has been made herein to extend defendants' time to plead.

    I am contemporaneously forwarding a copy of this letter to plaintiffs' counsel.

                               Sincerely,

                               Robert H. Rosh

cc: Salvatore Guastella

**APPLICATION GRANTED**
*Stephen C Robinson*
7/18/08
HON. STEPHEN C. ROBINSON

{00079278.DOC.}