UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFWORKERS, LOCAL 5 NEW YORK                          Case No. 08-CIV-5555
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND                  **ANSWER**
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                                  Plaintiffs,

                                       v.

PALERMO-TOO CONSTRUCTION, INC.,
SALVATORE GUASTELLA, Individually, and
MAGGIE GUASTELLA, Individually,

                                  Defendants.
------------------------------------------------------------------------X

      Defendants, Palermo-Too Construction, Inc., Salvatore Guastella and Margarita Guastella (denominated in the Complaint as "Maggie Guastella"), as and for their Answer to the Complaint, by their attorneys, McCARTHY FINGAR LLP, allege upon information and belief as follows:

      1.      Deny the allegations set forth in paragraphs "1," "15," "16," "21," "23," "27," "28," "29," "30," "31," "32," "33," "34," "37," "39," "41," "42," "43," "44," ""45," "49," "50," "52," "53" and "54" of the Complaint.

      2.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "2," "3," "4," "5," 6," "7," "8," and "9" of the Complaint.

      3.      Paragraphs "11" and "14" of the Complaint improperly call for legal conclusions and statutory interpretations for which no responses are required.

4. Admit that defendant, Palermo-Too Construction, Inc., is a corporation organized under the laws of New York, as alleged in paragraph "10" of the Complaint, and deny the remaining allegations in said paragraph.

5. As to paragraphs "12" and "13" of the Complaint, admit that defendant, Salvatore Guastella, is an officer and shareholder of defendant, Palermo-Too Construction, Inc.

6. Deny the allegations in paragraphs "19" and "20" of the Complaint, and affirmatively allege that a portion of the contributions which plaintiff alleges are due and owing, were paid to and received by plaintiff (to wit, John Guastella and Arzon Hoxhallari), and other portions thereof include contribution requests for individuals who were not even on the weekly payroll reports provided to plaintiff, including individuals identified in plaintiff's delinquency reports as George Bennett and Alfred Martirano, Jr.,

7. As to paragraphs "18," "25, "26," " "36," "47" and "48" of the Complaint, refer to the Court to the agreement referenced therein for its true intent and meaning and interpretation under New York law.

8. As to paragraphs "17," "22," "24," "35," "38," "40," "46" and "51" of the Complaint, defendants repeat and reallege their answer to each and every paragraph referenced therein in a manner consistent with the responses to the incorporated and realleged allegations.

**WHEREFORE,** defendants, Palermo-Too Construction, Inc., Salvatore Guastella and Margarita Guastella (denominated in the Complaint as "Maggie Guastella"), demand judgment as follows:

    (a).    The Complaint be dismissed with prejudice, together with costs, disbursements and attorney's fees in defendants' favor; and

    (b).    Together with such other and further relief as the Court may deem just and proper.

Dated:    White Plains, New York
             August 11, 2008

                              McCARTHY FINGAR LLP

                              By: _S/_____
                                  Robert H. Rosh (RR6101)
                              Attorneys for Defendants
                              11 Martine Avenue
                              White Plains, New York 10606
                              Tel. No. (914) 946-3700
                              E-Mail: rrosh@mccarthyfingar.com